| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE | |
| Case number *(if known)* _____ Chapter **11** | |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Newbury Palace Pizza, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  61-1926841

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1485 Route 103**<br>**Newbury, NH 03255**<br>Number, Street, City, State & ZIP Code | **PO Box 595**<br>**Newbury, NH 03255**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Merrimack**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor **Newbury Palace Pizza, LLC**         Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Newbury Palace Pizza, LLC**     Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Newbury Palace Pizza, LLC**                                          Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Newbury Palace Pizza, LLC**     Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2025**
                 MM / DD / YYYY

X **/s/ James Soule**                   **James Soule**
   Signature of authorized representative of debtor         Printed name

Title    **Sole Member**

**18. Signature of attorney**

X **/s/ Eleanor Wm. Dahar**           Date **June 30, 2025**
   Signature of attorney for debtor                 MM / DD / YYYY

**Eleanor Wm. Dahar**
Printed name

**Victor W. Dahar Professional Association**
Firm name

**20 Merrimack Street**
**Manchester, NH 03101**
Number, Street, City, State & ZIP Code

Contact phone **(603) 622-6595**    Email address **vdaharpa@att.net**

**BNH 01784 NH**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Fill in this information to identify the case:

Debtor name: **Newbury Palace Pizza, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CFG Merchant Solutions, LLC  180 Maiden Lane, Floor 15  New York, NY 10038 | | | | | | $7,600.00 |
| CHM Perkins, LLC  Attn: Brianna Marino / Jared Heath  200 Kearsarge Mountain Road  Wilmot, NH 03287 | | | | | | $16,000.00 |
| Eversource  PO Box 660369  Dallas, TX 75266-3690 | | | | | | $2,150.00 |
| Forward Financing  53 State Street, 20th Floor  Boston, MA 02109 | | | | | | $17,335.50 |
| Huckleberry Propane & Oil  166 King Street  Boscawen, NH 03303 | | | | | | $3,400.00 |
| NH DRA  109 Pleasant Street  P.O. Box 3306  Concord, NH 03302-3306 | | | | | | $114,372.51 |
| Performance Food Service  P.O. Box 3024  Springfield, MA 01101-3024 | | | | | | $3,146.13 |
| US Foodservice  PO Box D 3155  Boston, MA 02241-3155 | | | | | | $2,800.00 |

Debtor  **Newbury Palace Pizza, LLC**_____  Case number *(if known)* _____
          Name

# United States Bankruptcy Court
### District of New Hampshire

In re  **Newbury Palace Pizza, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Newbury Palace Pizza, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2025**  
Date

**/s/ Eleanor Wm. Dahar**  
**Eleanor Wm. Dahar**  
Signature of Attorney or Litigant  
Counsel for **Newbury Palace Pizza, LLC**  
Victor W. Dahar Professional Association  
20 Merrimack Street  
Manchester, NH 03101  
(603) 622-6595 Fax:(603) 647-8054  
vdaharpa@att.net

**United States Bankruptcy Court**
**District of New Hampshire**

In re  **Newbury Palace Pizza, LLC**                                                 Case No.
                                           Debtor(s)                                 Chapter  **11**

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __1__ pages is complete, correct and consistent with the debtor's schedules pursuant to *LBRs* and assumes all responsibility for errors and omissions.

Date:  **June 30, 2025**                         **/s/ James Soule**
                                                 Debtor Signature
                                                 **James Soule**
                                                 Print Name
                                                 Address   **1485 Route 103**
                                                 **Newbury NH 03255-0000**
                                                 Tel. No.

LBF 1007-2 (Eff. 08/08/2024)

```
CFG Merchant Solutions, LLC
180 Maiden Lane, Floor 15
New York, NY 10038

CHM Perkins, LLC
Attn: Brianna Marino / Jared Heath
200 Kearsarge Mountain Road
Wilmot, NH 03287

Eversource
PO Box 660369
Dallas, TX 75266-3690

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Huckleberry Propane & Oil
166 King Street
Boscawen, NH 03303

NH DRA
109 Pleasant Street
P.O. Box 3306
Concord, NH 03302-3306

Performance Food Service
P.O. Box 3024
Springfield, MA 01101-3024

US Foodservice
PO Box D 3155
Boston, MA 02241-3155
```